IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRANCE DEANDRE CAFFEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:09cv151-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | (WO) |
| ) | |
| Respondent. ) | |

**ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #62), entered in this case on March 5, 2012, the Recommendation is ADOPTED, and it is hereby

ORDERED that this motion to vacate filed pursuant to 28 U.S.C. § 2255 is DENIED, and this case is DISMISSED with prejudice.

DONE this 21st day of March, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE