IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRANCE DEANDRE CAFFEY, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:09cv151-WHA |
| UNITED STATES OF AMERICA, | ) ) (WO) |
| Respondents. | ) ) |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #62), entered on March 5, 2012, and the Petitioner's Objections (Doc. #69), filed on May 21, 2012. The previous order (Doc. #63) and Final Judgment (Doc. #64) are VACATED and SET ASIDE, the court having subsequently authorized the Petitioner to file objections on or before May 17, 2012. The objections were mailed from a prison facility on May 17, 2012, and they are, therefore, timely.

The court has conducted an independent evaluation and *de novo* review of this case, including the Recommendation, the objections, and the entire file. Having done so, the court finds that the objections are merely re-statements of the claims raised in his § 2255 motion to vacate. The court agrees with the analysis and the conclusions of the Magistrate Judge as to Petitioner's claims, and Petitioner's objections are, therefore, OVERRULED.

The court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that the Petitioner's Motion to Vacate filed pursuant to 28 U.S.C. § 2255 is DENIED.

DONE this 31st day of May, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE